UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80119-CR-HURLEY/BRANNON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICHARD F. KIST,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 47], dated February 15, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, May 9, 2013, at 9:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of March 2013.

**copy furnished:**
AUSA Rinku T. Tribuiani
AFPD Lori E. Barrist
United States Marshal's Service
United States Probation Office

                Daniel T. K. Hurley
                United States District Judge